UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:10-00013 |
| ) | JUDGE CAMPBELL |
| DIETRICH L. DOWLEN ) | |

## ORDER

Pending before the Court is the Government's Motion to Extend Time to File Response (Docket No. 43). The Motion is GRANTED.

The Government shall have until July 8, 2013, to file its response.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE