UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00013 |
| | ) | JUDGE CAMPBELL |
| DIETRICH L. DOWLEN | ) | |

ORDER

Pending before the Court is the United States' Motion To Stay Case Pending *En Banc* Ruling By The Sixth Circuit Court Of Appeals (Docket No. 45). Through the Motion, the Government requests that the Court stay ruling on the Defendant's request for modification of his sentence until an *en banc* decision is issued in United States v. Blewitt, ___ F.3d ___, 2013 WL 2121945 (6th Cir. May 17, 2013). The Motion is GRANTED.

The Government shall file a notice with the Court when the *en banc* decision is issued, and propose a new briefing schedule for this case.

It is so ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE