UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00013 |
| | ) | JUDGE CAMPBELL |
| DIETRICH L. DOWLEN | ) | |

ORDER

Pending before the Court is a Motion To Appoint Counsel Or To Allow The Withdrawal Of Notice Of Appearance And To Extend The Time For The Filing Of the Reply Of Defendant (Docket No. 50). The Motion is GRANTED as follows: The Federal Public Defenders Office is appointed to represent the Defendant, and the Defendant shall have until March 10, 2014 in which to file a reply brief in support of his Petition To The Court (Docket No. 41).

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE