UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00013 |
| | ) | JUDGE CAMPBELL |
| DIETRICH L. DOWLEN | ) | |

ORDER

Pending before the Court is the Defendant's Motion for Extension of Time (Docket No. 52).

The Motion is GRANTED.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE